UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     Plaintiff, : | |
| : | Case No. 2:12-CR-041 |
| v. : | |
| : | JUDGE EDMUND A. SARGUS, JR. |
| CHRISTOPHER MATEEN, : | |
|     Defendant. : | |

## NOTICE OF APPEAL

Plaintiff United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the judgment in this case (doc. #37), entered on November 8, 2012.

    Respectfully submitted,

    CARTER M. STEWART
    United States Attorney


    s/Michael J. Hunter
    MICHAEL J. HUNTER (0076815)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Fax: (614) 469-5653
    michael.hunter@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Appeal was filed with the Court's CM/ECF System this 7th day of December, 2012, which provides electronic notice to all parties.

                                                         s/Michael J. Hunter  
                                                         MICHAEL J. HUNTER (0076815)  
                                                         Assistant United States Attorney